

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00812-CV

**CHOICE CLINICAL LAB, LLC** d/b/a Greenleaves Diagnostics Laboratories, LLC,
Appellant

v.

Olga Roman **ROBERTS**, Individually and as Independent Executor of the Estate of Aubrey Roberts, Deceased and Grace Robinson, Abigail Roberts and Aubrey Roberts, III Individually, Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-20793
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE RODRIGUEZ, AND JUSTICE BRISSETTE

    In accordance with this court's opinion of this date, the trial court's August 17, 2023 Order Overruling Defendant Choice Clinical Lab, LLC d/b/a Greenleaves Diagnostic Laboratories, LLC's Objection to the Chapter 74 Report of F.E. Saba, MD is AFFIRMED. Costs of appeal are taxed against Appellant Choice Clinical Lab, LLC d/b/a Greenleaves Diagnostic Laboratories, LLC.

    SIGNED August 7, 2024.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice